# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**MARGARET SEAVERSON,**
       **PLAINTIFF**

**v.**	**CIVIL NO. 05-2385-CM**

**LABAT-ANDERSON, INC.,**
       **DEFENDANT**

**(  )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )**    **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed January 25, 2006 and entered on the docket January 26, 2006, plaintiff to take nothing and the action is dismissed.

**Dated:  January 26, 2006**	**RALPH L. DeLOACH, CLERK**

                                              **Yolanda J. Holman**
                                          **Yolanda J. Holman, Deputy Clerk**

**ENTERED ON THE DOCKET DATE: 1/26/06**